EVERETT E. WILLEY BY HENRY E. WILLEY, PRO AMI

AND

HENRY E. WILLEY, PETITIONERS

*vs.*

MAINE CENTRAL RAILROAD COMPANY.

Penobscot County.   Decided May 1, 1941.   This is a petition and motion to rectify alleged errors in the opinion in the cases of *Everett E. Willey by Henry E. Willey, pro ami* v. *The Maine Central Railroad Company* and *Henry E. Willey* v. *The Maine Central Railroad Company* argued before the Law Court at the December Term, 1940, and appearing in 137 Me., 223 and 18 A., 2d, 316.

A careful examination of the original cases discloses no error of law or fact in the opinion rendered which requires correction. Petition dismissed. Motion denied. MURCHIE, J., did not participate in this opinion. *Stern and Stern,* for plaintiffs. *Perkins & Weeks, Frank Fellows,* for defendant.